Clayeo C. Arnold, Esq., SBN 65070
John T. Stralen, Esq., SBN 171227
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jstralen@justice4you.com

*IN ASSOCIATION WITH*

Darren Guez, Esq. SBN 282023
**THE DARREN GUEZ LAW FIRM**
836 57th Street
Sacramento, CA 95819
Telephone: (916) 520-0988
Facsmile: (916) 490-3714
Email: darren@guezlaw.com

Attorneys for Plaintiffs
MATTHEW MUSOLF and
CHRISTOPHER DOMINGUEZ-FEATHERS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MUSOLF and CHRISTOPHER DOMINGUEZ-FEATHERS,<br><br>              Plaintiff,<br>vs.<br><br>NRC ENVIRONMENTAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No. 2:20-cv-01387-KJM-CKD<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: May 13, 2020<br>Trial date: Not set |

/////

/////

The Court, having reviewed and considered the parties' request to dismiss this entire action with prejudice, finds good cause and orders that this entire action be dismissed with prejudice.

DATED:  June 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO DISMISS